Kevin GLENN and Laura Glenn,
Plaintiffs/Respondents,

v.

Doris E. DAUGHERITY, d/b/a Daugherity Realty, Defendant/Appellant.

No. 69786.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 25, 1997.

William Fortenbury, St. Louis, for defendant/appellant.

Katharyn B. Davis, St. Louis, for plaintiffs/respondents.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

In this bench-tried case involving a property management agreement, defendant-agent appeals from a judgment entered in favor of plaintiffs-owners for damages resulting from breach of contract and negligence.

Agent raises five points. Four of them are not preserved and are summarily denied. In the fifth, she contends her actions were not the proximate cause of owners' damages. We disagree and affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Damon HOLLINS, Defendant/Appellant.

Damon HOLLINS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 68725.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 25, 1997.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Damon Hollins appeals his sentence following the jury's verdict finding him guilty of two counts of second degree assault and two counts of armed criminal action. He was sentenced to three years on each count with sentences to run consecutively. In addition, Hollins appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the basis for this order. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).